
IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: AP Investment Properties

CASE NO: 05-81398

CHAPTER 7

Debtor(s)

HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Wilson, Trustee of this estate, reports the following:

1. A good faith effort has been made to contact the creditor, the check was returned 'undeliverable'. The payment has been voided. The name of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Claim #1-1    Ohio Land and Investment Company LLC    $3,721.64
                      4004 Huffman Road
                      Medina, Ohio 44256

2. A trustee's check for $3,721.64 to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: August 31, 2010

Richard A. Wilson
Chapter 7 Trustee
1221 S. Water Street
Kent, Ohio 44240
330-678-2850
buckeye56@sbcglobal.net

ck # 2012
receipt # 81742