

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: AP INVESTMENT PROPERTIES          CASE NO: 05-81398

CHAPTER 7

Debtor(s)          HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Wilson, Trustee of this estate, reports the following:

1. A good faith effort has been made to contact the creditor and after 90 days the check has been declared stale. A stop payment has been issued on the checks remaining unpaid. The name of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

     Claim #6      GG REAL ESTATE, LLC      $48,197.58
                     5948 North Broadway
                     Chicago, IL 60660

2. Your trustee's check for $48,197.58 to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: December 8, 2010

Richard A. Wilson
Chapter 7 Trustee
1221 S. Water Street
Kent, Ohio 44240
Phone: 330-678-2850
Buckey56@sbcglobal.net

*Ck # 2C13*
*Receipt # 81977*